# EXHIBIT B

IN THE JUSTICE COURT
PRECINCT 3
BRAZOS COUNTY, TEXAS



PAUL R.F. SCHUMACHER,

    Plaintiff,

v.

MICHELE R. LEAR, LONNY LEAR, LONNY LEAR, INC., STUDENT LOAN ASSISTANCE FOUNDATION, LLC,

    Defendants.
_____/

CAUSE NO. 3017-00400S

## NOTICE OF FILING NOTICE OF REMOVAL

Defendant LONNY LEAR ("Defendant") hereby files the attached Notice of Removal filed in the United States District Court for the Southern District of Texas on July 18, 2017. Pursuant to 28 U.S.C. § 1446(d), the filing of this Notice effects the removal of this case, and this Court shall proceed no further unless the case is remanded from the U.S. District Court.

Dated: July 18, 2017

Respectfully Submitted,

*/s/Joseph A. Garnett*
Sheehy, Ware & Pappas, P.C.
Joseph A. Garnett
Texas Bar No. 07680600
909 Fannin Street
Suite 2500
Houston, Texas 77010
Phone: 713-951-1016
Fax: 713-951-1199
jgarnett@sheehyware.com

*Attorneys for Defendant Lonny Lear*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2017, a true and correct copy of the foregoing was served via e-mail upon:

Paul Schumacher
1512 Oakview Street
Bryan, Texas 77802
Paul.R.F.Schumacher@gmail.com

*Plaintiff Pro Se*

/s/*Joseph A. Garnett*
Joseph A. Garnett