# EXHIBIT C

# CASE SUMMARY
## CASE NO. 3017-00400S

| | | |
|---|---|---|
| PAUL SCHUMACHER vs. Michele Lear, Lonny Lear, Lonny Lear, Inc, Student Loan Assistance Foundation, LLC | § § § § | Location: Precinct 3<br>Judicial Officer: Hill, Rick<br>Filed on: 06/08/2017 |

### CASE INFORMATION

**File Date** 06/08/2017   **Case Type:** Small Claims

**Cause of Action**
Small Claims

**Description/Remedy**
Action
wants compensation for receiving telemarketer calls on his phone
$10,000.00 Monetary

### CASE ASSIGNMENT

**Current Case Assignment**
Case Number       3017-00400S
Court             Precinct 3
Date Assigned     06/08/2017
Judicial Officer  Hill, Rick

### PARTY INFORMATION

**Plaintiff**    SCHUMACHER, PAUL R F

**Defendant**    Lear, Lonny

                 Lear, Michele R

### EVENTS & ORDERS OF THE COURT

| DATE | | INDEX |
|---|---|---|
| 06/08/2017 | PLAINTIFF'S ORIGINAL PETITION | |
| 06/08/2017 | **Cause of Action**   Small Claims   (wants compensation for receiving telemarketer calls on his phone)<br>  Action Type           Action<br>  Remedies Sought       Monetary | |
| 06/27/2017 | CITATION<br>*michele r lear* | |
| 06/27/2017 | Citation<br>Lear, Michele R<br>Unserved | |
| 06/27/2017 | CITATION<br>*lonny lear* | |
| 06/27/2017 | Citation<br>Lear, Lonny<br>Unserved | |
| 06/27/2017 | Comment<br>*certified mail receipts* | |

## CASE SUMMARY
### CASE NO. 3017-00400S

| DATE | | | |
|---|---|---|---|
| 07/10/2017 | Comment *return receipt - citation, Lonny Lear* | | |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Plaintiff** SCHUMACHER, PAUL R F | |
| | Total Charges | 57.60 |
| | Total Payments and Credits | 57.60 |
| | **Balance Due as of 7/17/2017** | **0.00** |