UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

PAUL R.F. SCHUMACHER,                                        CASE NO.: 4:17-cv-02205

    Plaintiff,                                                            Hon. Ewing Werlein, Jr.

v.

MICHELE R. LEAR, LONNY LEAR, LONNY
LEAR, INC., STUDENT LOAN ASSISTANCE
FOUNDATION, LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendants, through their undersigned counsel, hereby give notice that a settlement has been reached between Plaintiff Paul R.F. Schumacher and Defendants. The settlement documents are in the process of being completed and final dismissal papers are expected to be filed with the Court within twenty (20) days.

Dated: October 19, 2017                              Respectfully submitted,

                                                                          SHEEHY, WARE & PAPPAS, P.C.

                                                                          Joseph A. Garnett
                                                                          Texas Bar No. 07680600
                                                                          Federal ID No. 8307
                                                                          909 Fannin Street
                                                                          Suite 2500
                                                                          Houston, Texas 77010
                                                                          Phone:  713-951-1016
                                                                          Fax:  713-951-1199
                                                                          [jgarnett@sheehyware.com](mailto:jgarnett@sheehyware.com)

                                                                           *Attorneys for Defendants*

32357183:1

GREENSPOON MARDER, P.A.

*/s/ Roy Taub*
Richard W. Epstein
(admitted *pro hac vice*)
Fla. Bar No. 229091
Jeffrey A. Backman
(admitted *pro hac vice*)
Fla. Bar No. 662501
Roy Taub
(admitted *pro hac vice*)
Fla. Bar No. 116263
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
954.491.1120 (Telephone)
954.343.6958 (Facsimile)
richard.epstein@gmlaw.com
jeffrey.backman@gmlaw.com
roy.taub@gmlaw.com

*Attorneys-in-Charge for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2017 a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using CM/ECF which will serve copies to all counsel and parties of record registered to receive CM/ECF notification.

### SERVICE LIST

Paul Schumacher
1512 Oakview Street
Bryan, Texas 77802
paul.r.f.schumacher@gmail.com

*Plaintiff Pro Se*

*/s/ Roy Taub*
ROY TAUB

32357183:1