United States District Court
Southern District of Texas
**ENTERED**
October 20, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL R.F. SCHUMACHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-2205 |
| | § | |
| LONNY LEAR, MICHELE R. LEAR, | § | |
| LONNY LEAR, INC., and STUDENT | § | |
| LOAN ASSISTANCE FOUNDATION, | § | |
| LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached.  The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within thirty (30) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on this 20TH day of October 2017.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE